OFFICIAL NOTICE FROM COURT OF CRIMINAL APPEALS OF TEXAS
P.O. BOX 12308, CAPITOL STATION, AUSTIN, TEXAS 78711

STATE OF TEXAS
PENALTY FOR
PRIVATE USE

U.S. POSTAGE >> PITNEY BOWES

ZIP 78701 $ 000.27⁵
02 1W
0001401603 OCT 2

10/21/2015
HERRON, BRANDON      Tr. Ct. No. 2011CR0680-W1      WR-83,837-01
The Court has dismissed your application for writ of habeas corpus without written
order; the sentence has been discharged. See *Ex parte Harrington*, 310
S.W.3d 452  (Tex. Crim. App. 2010).

Abel Acosta

RTS:
Discharged

BRANDON  HERRON
TDC # 2002041

special